105 A.3d 660

Glenn Stewart STITT, Petitioner

v.

COURT OF COMMON PLEAS OF BERKS
COUNTY, Respondent.

No. 170 MM 2014.

Supreme Court of Pennsylvania.

Dec. 11, 2014.

## ORDER

PER CURIAM.

AND NOW, this 11th day of December, 2014, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**